IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERRANCE V. MCGRUDER, | ) | C 07-0966 MMC(PR) |
| Petitioner, | ) | **ORDER OF TRANSFER** |
| vs. | ) | |
| M.S. EVANS, | ) | |
| Respondent. | ) | |

On February 15, 2007, petitioner, a California prisoner incarcerated at Salinas Valley State Prison and proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He challenges a conviction obtained in the Superior Court of Solano County.

Pursuant to 28 U.S.C. § 2241(d), venue for a habeas action is proper in either the district of confinement or the district of conviction, although petitions challenging a conviction are preferably heard in the district of conviction.  See Habeas L.R. 2254-3(a); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968).  Solano County, where petitioner was convicted, is located within the venue of the Eastern District of California.  See 28 U.S.C. § 84(b).  Because venue is preferable in the Eastern District, this case is TRANSFERRED to the United States District Court for the Eastern District of California.  See 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b).

The Clerk shall close the file.

IT IS SO ORDERED.

DATED: May 29, 2007

_____
MAXINE M. CHESNEY
United States District Judge